JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORD JULIAN ANTWANE, | ) | Case No. CV 14-3271-JGB (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| F. FOULK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 13, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE